**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**STEVEN ARKIN, a Florida resident,**
**individually and as the representative**
**of a class of similarly-situated persons,**

    **Plaintiff,**

v.                                                      **Case No: 8:16-cv-1717-MSS-AAS**

**GRACEY-DANNA, INC., a Florida**
**Corporation, MEDPRO GROUP INC.,**
**THE MEDICAL PROTECTIVE**
**COMPANY, Indiana Corporation,**
**PLICO, INC., an Oklahoma Corporation,**
**PRINCETON INSURANCE COMPANY,**
**JOHN DOES 1-5, and COMPASS**
**MANAGEMENT & CONSULTING, INC.,**

    **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 21, 2017, Plaintiff filed a Notice of Settlement, informing the Court that the "parties have reached a settlement in this case." (Dkt. 86)  Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period,

the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 21st day of September, 2017.

                                    MARY S. SCRIVEN
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party